| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TASHIMA, A. WALLACE | 2. Court or Organization U.S.C.A. - Ninth Circuit | 3. Date of Report 8/14/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address 125 South Grand Avenue Pasadena, CA 91105-1652 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director & Secretary | K.I.T. & Company, Inc. (████ incorporated business) |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jul 22 11 06 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | K.I.T. & Co., Inc. - Self Empl. Retailer | $0.00 |
| 2. | 3/27/03 | Thomson/West, Eagan, MN - Royalties | $13,233.00 |
| 3. | 9/25/03 | Thomson/West, Eagan, MN - Royalties | $31,546.00 |
| 4. | 10/9/03 | Thomson/West, Eagan, MN - Royalties | $2,518.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | St. Thomas Law School, Minneapolis, MN | Transp., food & lodging - Oct. 16-18, 2003 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | | |
| 8. | | |
| 9. | | |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, Getzville, NY | Mortgage on investment property | L |
| 2. | Washington Mutual, Los Angeles, CA | Mortgage on investment property | O |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 8/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month – Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA Rollover Acct., Rowe Price Mutual Funds (2-4): | | | | | | | | | |
| 2. Growth Stock Fund | A | Dividend | J | T | | | | | |
| 3. New Era Fund | A | Dividend | J | T | | | | | |
| 4. New Horizens Fund | A | Dividend | J | T | | | | | |
| 5. Dreyfus Liquid Asset Fund | A | Dividend | K | T | | | | | |
| 6. Rowe Price Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 7. John Hancock Money Market Fund | A | Dividend | K | T | | | | | |
| 8. W.L. Morgan Growth Fund (Vanguard) | A | Div. & C.G | K | T | | | | | |
| 9. Vanguard Windsor II Fund | A | Div. & C.G | K | T | | | | | |
| 10. K.I.T. & Company, Inc. (common stock & notes) | A | None | M | U | | | | | |
| 11. Calif. Fed. Bank █ | A | Interest | K | T | | | | | |
| 12. Honeywell Intl. Common (formerly Allied-Signal) | A | Dividend | J | T | | | | | |
| 13. Chas. Schwab & Co. Brokerage Acct. Money Market | A | Dividend | J | T | | | | | |
| 14. Hendricks Villa, Inc., common | D | Dividend | O | U | | | | | |
| 15. Rental Prop., L.A., CA | | None | M | R | Sell | 6/03 | N | G | Private 3d Party |
| 16. Cal Fed Bank-Checking (3) | A | Interest | J | T | | | | | |
| 17. Cal Fed Bank-Savings | A | Interest | J | T | | | | | |
| 18. Janus Mercury Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal           R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
(See Column C2)              U = Book Value          V = Other               W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 8/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Rental Prop. #2, L.A., CA | E | Rent | P1 | Q | | | | | |
| 20. Janus Olympus Fund | A | Dividend | J | T | | | | | |
| 21. Manulife Financial Corp. common | A | Dividend | K | T | Sell | | K | E | |
| 22. Rental Prop. #3, L.A., CA | A | Rent | N | R | Buy | 8/03 | N | | Private 3rd Party |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TASHIMA, A. WALLACE | 8/14/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REP●RT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TASHIMA, A. WALLACE | 8/14/2004 |

## IX. CERTIFICATION.

I certify that all inf●rmation given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statut●ry provisi●ns permitting n●n-disclosure.

I further certify that earned income from ●utside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date    **JUL 1 4 2004**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 1●4)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544